**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6402**

---

DAVID LAWRENCE DIXON,

                              Plaintiff - Appellant,

     versus

HOWARD H. PAINTER, Warden of Mt. Olive Correc-
tional Complex; PAUL KIRBY, Commissioner of
Department of Corrections,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  David A. Faber, District
Judge.  (CA-00-602-5)

---

Submitted:  November 29, 2001     Decided:  December 5, 2001

---

Before WIDENER, NIEMEYER, WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Lawrence Dixon, Appellant Pro Se.  Charles Patrick
Houdyschell, Jr., WEST VIRGINIA DIVISION OF CORRECTIONS,
Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Lawrence Dixon appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying a subsequent motion to vacate under Fed. R. Civ. P. 60(b).  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Dixon v. Painter, No. CA-00-602-5 (S.D. W. Va. Mar. 1, 2001; Sep. 27, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2